UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

           Defendant.

11 Civ. 691 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On July 31, 2019, the Honorable Lewis A. Kaplan issued an order directing Steven Donziger to show cause why he should not be held in criminal contempt of court [dkt. no. 2276].

The Clerk shall assign a criminal docket number to proceedings with respect to the criminal contempt proceeding. All subsequent filings in the criminal contempt proceeding shall bear the caption above, the new criminal docket number, and below the new criminal docket number the notation [11-cv-691]. Papers filed and docket entries made in the criminal case shall be spread also to 11-cv-691.

1

The docket sheet in the new criminal case shall begin with a notation stating that the order to show cause and other papers with respect to the criminal case filed prior to the opening of the criminal file are filed in 11-cv-691.

SO ORDERED.

Dated: New York, New York
August 5, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge