DOCKET No. 19CR561(LAP) DEFENDANT: Steven Donziger

AUSA Rita Glavin    DEF.'S COUNSEL Pro Se
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST _____   ☐ VOL. SURR.
☒ Other: Criminal Contempt                              TIME OF ARREST _____   ☐ ON WRIT
                                                        TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $800,000 PRB — *Conditions to be met by August 9th, 2019 except the security provision which shall be completed*
☐ _____ FRP
☐ SECURED BY $ 800,000 — CASH/PROPERTY: Co-signed by 2 FLP's by August 13
☒ TRAVEL RESTRICTED TO SDNY/EDNY/
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS) — Any + All Passports within 24 hours
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☒ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING
☐ OTHER CONDITIONS — Conditions sufficient to allow Mr. Donziger to complete family obligations + legal meetings. Any travel must be requested.

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2019

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED              ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED              ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: August 6, 2019                   Loretta A. Preska
                                       UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE, S.D.N.Y.

WHITE (ORIGINAL) COURT FILE   PINK  U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN  PRETRIAL SERVICES AGENCY
REV (2011) IH-2