UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>STEVEN DONZIGER,<br><br>                              Defendant. | No.  19-cr-561 (LAP)<br><br>[11-cv-691]<br><br>**NOTICE OF APPEARANCE** |

	PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, respectfully enters her appearance as attorney of record for the United States of America in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

	New York, New York
	August 7, 2019

							Respectfully submitted,

							*s/ Rita M. Glavin*
							  Rita M. Glavin

							Seward & Kissel LLP
							One Battery Park Plaza
							New York, New York 10004
							Tel: (212) 574-1309
							Fax: (212) 480-8421
							glavin@sewkis.com