## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 9, 2019

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:  *United States v. Donziger*, No. 19-cr-561 (LAP) [11-cv-691]

Dear Judge Preska:

  I write on behalf of the Government to request that: (1) the Court schedule a conference in this matter for Monday August 12, 2019 to address Mr. Donziger's release conditions; and (2) the Court direct Mr. Donziger to surrender today any passport or other travel documents in his possession, whether expired or not.

  As of now, Mr. Donziger has only secured one co-signor—his wife. In addition, Mr. Donziger surrendered a single passport on August 7, 2019. The Court-ordered release conditions required surrender of <u>any</u> passport to Pretrial Services by August 7. After the Government made inquiry of Mr. Donziger today about whether he possessed any other passport, Mr. Donziger indicated he had two other passports but represented that they were expired. The Government notes that Pretrial Services informed us that Mr. Donziger is currently on electronic location-monitoring.

              Respectfully submitted,

              *s/Rita M. Glavin*
              Rita M. Glavin

Cc: Steven Donziger (via email)