UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 8/9/19               │
└─────────────────────────────────┘
```

---

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

Defendant.

---

19-CR-561 (LAP)

11-CV-691 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ordered that:

1.   Mr. Donziger and counsel shall appear on August 12, 2019 at 12:00P.M. in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York for a conference.

2.   Mr. Donziger shall turn over today any and all passports in his possession, whether expired or not, and any and all other travel documents in his possession, whether expired or not.

SO ORDERED.

Dated:    New York, New York
          August 9, 2019

LORETTA A. PRESKA
Senior United States District Judge

1