USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

STEVEN DONZIGER,

                Defendant.

19-CR-561 (LAP)

11-CV-691 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons set out in the Prosecution's letters dated August 16, 2019 and August 21, 2019, the Court finds that Defendant has not established that he or his sureties have posted cash or property sufficient to satisfy the $800,000 security condition, as required by the Bond. Defendant and his sureties shall secure the Bond by unrestrained assets no later than August 23, 2019.

SO ORDERED.

Dated:    New York, New York
           August 21, 2019

                                          /s/ Loretta A. Preska
                                          LORETTA A. PRESKA
                                          Senior United States District Judge