THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

August 23, 2019

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

*By ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

      Re: *United States v. Steven Donziger*;
          *Criminal Docket Number 19-561 (LAP)*;
          *(Civil Docket Number 11-691)*

Dear Judge Preska:

      This morning, upon asking the prosecutor to cause Mr. Donziger's bond to be transmitted to the Northern District of California where an additional surety is ready to sign and post property in compliance with the Court's order of earlier this week, the prosecutor advised me that the Clerk of the Court cannot transmit the bond to another District until the bond expressly authorizes the signature of a third cosigner. For these reasons, I respectfully request that the Court <u>order the Clerk to amend the bond to permit the signature of a third cosigner so that the additional surety can sign it today and post property.</u>

                                   Respectfully submitted,

                                     /s/
                                   Andrew J. Frisch

cc: Ms. Rita M. Glavin

*So ordered.*
*Loretta A. Preska*
*8/23/19*

WWW.ANDREWFRISCH.COM