```
     J9N9DONC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                              11 CV 691 (LAK)

5                                              19 CR 561 (LAP)

6    STEVEN DONZIGER,

7              Defendant.

8    ------------------------------x

9                                              New York, N.Y.
                                                September 23, 2019
10                                              10:07 a.m.

11
     Before:
12
                         HON. LORETTA A. PRESKA
13
                                               District Judge
14

15                            APPEARANCES

16   SEWARD & KISSEL LLP
     BY:  RITA M. GLAVIN
17        BRIAN P. MALONEY
     Special Prosecutors
18
     ANDREW J. FRISCH
19        Attorney for Defendant

20

21

22

23

24

25
```

1            (Case called)
2            THE COURT:  United States against Steven Donziger.
3            Good morning.  Is the government ready?
4            MS. GLAVIN:  Good morning, your Honor.  Rita Glavin
5    and Brian Maloney for the prosecution.
6            THE COURT:  Good morning.
7            Is the defense ready?
8            MR. FRISCH:  Your Honor, good morning.  Andrew Frisch
9    for Mr. Donziger who is seated to my left.
10           THE COURT:  Yes, sir.  Good morning.  How would you
11   like to proceed.
12           Counsel.
13           MS. GLAVIN:  Your Honor, I have provided discovery to
14   Mr. Frisch.  To the extent we get more I expect we will be
15   providing it on a rolling basis.
16           I've had an opportunity to have some discussions with
17   Mr. Frisch and I think he would like to report on a proposed
18   schedule.
19           THE COURT:  Mr. Frisch.
20           MR. FRISCH:  So, your Honor, as Ms. Glavin notified
21   the Court last time, the discovery embraces the more than two
22   thousand docket entries and the underlying civil case.  There's
23   also 19 days of depositions of Mr. Donziger, so it's a lot to
24   get through.
25           My understanding is Ms. Glavin has a trial coming up

J9N9DONC

1   in the Southern District and she'll be available -- I imagine
2   she and I will keep in contact while she's on trial.  But I
3   think what we would jointly propose is that we set the next
4   conference for after Thanksgiving.  My understanding is that
5   Ms. Glavin's trial will keep her busy until November.  When her
6   trial is over we'll have another very substantial meeting, I
7   expect.  And if we come to the court after Thanksgiving I think
8   we'll be in a position to advise the Court whether we're
9   resolving this case or whether we have to set a motion
10  schedule.
11              THE COURT:  Yes, sir.  Any objection?
12              MS. GLAVIN:  No, your Honor.
13              THE COURT:  Very well.  Thank you.
14              THE DEPUTY CLERK:  How is December 4 at 9:30?
15              MR. FRISCH:  That's fine for me.
16              MS. GLAVIN:  That's fine for me, your Honor.
17              THE COURT:  Thank you.
18              What else, friends?
19              MS. GLAVIN:  Nothing, your Honor.  In an abundance of
20  caution and without conceding that the Speedy Trial Act applies
21  we would ask that time be excluded from now until December 4.
22              MR. FRISCH:  I have no objection, Judge.
23              THE COURT:  Without holding that the Speedy Trial Act
24  applies, time between today and December 4 is excluded from
25  calculation under the Speedy Trial Act in the interests of

J9N9DONC

1  justice in order to permit the prosecution to make discovery
2  available and to permit counsel to continue their discussions.
3              Anything else, friends?
4              MR. FRISCH:  No, your Honor.
5              MS. GLAVIN:  No, your Honor.
6              THE COURT:  Thank you.  Good morning, ladies and
7  gentlemen.
8              (Adjourned)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25