UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

                Defendant.

19-cr-561 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record on November 25, the Defendant's request to modify the conditions of his release to eliminate home confinement and electronic monitoring is denied.

SO ORDERED.

Dated:    New York, New York
           December 11, 2019

                            LORETTA A. PRESKA
                            Senior United States District Judge