Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

<u>Southern</u> District of <u>New York</u>

FILED U.S. DISTRICT COURT S.D. OF N.Y.
2019 DEC -4 PM 3:44

Caption:

US v.

Steven Donziger

Docket No.: 19 CR 561
USDJ PRESKA
(District Court Judge)

Notice is hereby given that <u>Steven Donziger</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | _____
entered in this action on <u>11/25/19</u>          (specify)
                         (date)

This appeal concerns: Conviction only |___  Sentence only |___|  Conviction & Sentence |___  Other [✓]

Defendant found guilty by plea |   | trial |   | N/A [✓].

Offense occurred after November 1, 1987?  Yes |✓|  No [   N/A [

Date of sentence: _____  N/A [✓]

Bail/Jail Disposition: Committed |___  Not committed |✓|  N/A [

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

Defendant's Counsel: ANDREW FRISCH
Counsel's Address: ONE PENN PLAZA
NEW YORK, NY 10119
Counsel's Phone: 917-826-4668

Assistant U.S. Attorney: RITA GLAVIN
AUSA's Address: One Battery Park Plaza
New York, NY 10004
AUSA's Phone: 212-574-1039

_____
Signature

46540124971 8 #505 12/4/19 (SW)



```
Court Name: District Court
Division: 1
Receipt Number: 465401249718
Cashier ID: Swooten
Transaction Date: 12/04/2019
Payer Name: STEVEN DONZIEGER
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STEVEN DONZIEGER
 Amount:          $505.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

19CR000561
```