THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

February 14, 2020

*By ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-18-2020

Re: *Chevron Corp. v. Steven Donziger, et al.;*
Criminal Docket Number 19-561 (LAP);
Civil Docket Number 11-0691

Dear Judge Preska:

Upon consultation with Ms. Glavin, and without objection, I write to propose the following revised schedule for pretrial motions:

① | February 24, 2020 | Mr. Donziger's motions
  | March 18, 2020    | Ms. Glavin's response
  | April 1, 2020     | Mr. Donziger's reply

② The proposed adjustment has become necessary because of competing commitments of mine in other matters, my expert witness's scheduling conflicts occasioned by the death in the family about which I earlier wrote to the Court, and what I believe is efficiency in submitting all related motions together. To the extent that <u>any associated exclusion of time is appropriate under the Speedy Trial Act</u>, I consent on behalf of Mr. Donziger.

I appreciate the Court's consideration.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/18/20

Respectfully submitted,

/s/
Andrew J. Frisch

cc: Ms. Rita Glavin