N.Y.S.D. Case #
19-cr-0561(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty.

Before: John M. Walker, Jr.,
Barrington D. Parker,
Susan L. Carney,
*Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 18 2020
```

United States of America,

*Respondent*,

**ORDER**

Docket No. 19-4155

v.

Steven Donziger,

*Defendant-Appellant.*

UPON DUE CONSIDERATION of Steven Donziger's appeal under Rule 9(a) of the Federal Rules of Appellate Procedure of the order of the United States District Court for the Southern District of New York (Preska, *J.*) denying his request to modify his release conditions primarily to eliminate home confinement, we have found no clear error in the District Court's decision. Accordingly, we AFFIRM its order.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 02/18/2020