THE LAW OFFICES OF
## ANDREW J. FRISCH, PLLC



ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

February 24, 2020

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Chevron Corp. v. Steven Donziger, et al.;*
         *Criminal Docket Number 19-561 (LAP);*
         *Civil Docket Number 11-0691*

Dear Judge Preska:

    Upon consultation with Ms. Glavin, and without objection, I write to propose the following further slightly revised schedule for pretrial motions:

| | |
|---|---|
| February 27, 2020 | Mr. Donziger's motions |
| March 23, 2020 | Ms. Glavin's response |
| April 6, 2020 | Mr. Donziger's reply |

    This proposed further adjustment has become necessary due to competing demands on my schedule and those of an expert witness who is preparing a supporting submission. To the extent that any associated exclusion of time is appropriate under the Speedy Trial Act, I consent on behalf of Mr. Donziger.

    I appreciate the Court's consideration.

                              Respectfully submitted,

                              /s/
                              Andrew J. Frisch

cc: Ms. Rita Glavin

**SO ORDERED.**

Dated: Feb. 25, 2020
        New York, New York

*/s/ Loretta A. Preska*

Loretta A. Preska
Senior U.S. District Judge