**ELLEN YAROSHEFSKY**
*Howard Lichtenstein Distinguished Professor of Legal Ethics*
*Executive Director of the Monroe Freedman Institute for the Study of Legal Ethics*
Maurice A. Deane School of Law
Hofstra University
121 Hofstra University
Hempstead, NY 115549
(516) 463-5882
yaroshef@hofstra.edu

---

## ACADEMIC EMPLOYMENT

**Hofstra University School of Law**                                    2016-
Present
*Howard Lichtenstein Distinguished Professor of Legal Ethics*
*Executive Director of the Monroe H. Freedman Institute for the Study of Legal Ethics*
Teaches a range of courses in Legal Ethics, Criminal Procedure, Access to Justice
Develop symposia and ethics programs
Directs the Freedman Fellowship Program

**Benjamin N. Cardozo School of Law**                                   1994-2016
*Executive Director, Jacob Burns Ethics Center in the Practice of Law*
*Clinical Professor of Law*
Taught a range of courses in Legal and Judicial Ethics, Evidence, and Wrongful Convictions
Youth Justice Clinic
Developed symposia and ethics programs
Directed and taught Cardozo's Intensive Trial Advocacy Program

**Columbia Law School**                                                 Spring 2014
*Adjunct Professor of Law*                                              Spring 2015
Course: Professional Responsibility

**Fordham School of Law**                                               Fall 2001
*Adjunct Professor of Law*                                              Fall 2010
Course: Ethics in Criminal Advocacy

## PROFESSIONAL SERVICE

New York State Bar Association Committee on                             2003-
Standards of Attorney Conduct (COSAC)

New York County Lawyers Association                                     2008-
Professional Ethics Committee

1

New York Civil Liberties Union                                              2015-
Board Member

National Association of Criminal Defense Lawyers                            2003-
Present
Co-chair, Ethics Advisory Committee

New York State Bar Association Wrongful Convictions Task Force              2018-2019

New York County Lawyers Association Plea Bargaining Task Force             2018-2019

American Bar Association                                                    2017-
Executive Committee
Criminal Justice Section Council

American Bar Association                                                    2006 -2014
Criminal Justice Section
Co-chair of Ethics, Gideon and Professionalism Committee

Institute for the Innovation of Prosecution                                2016-2019
John Jay College of Criminal Justice

New York State Joint Commission on Public Ethics (JCOPE)                   2012-2014
Commissioner

Association of the Bar of the City of New York                             2008-2011
Criminal Courts Committee

New York County Lawyers Association                                        2004 -2007
Justice Center Advisory Board

Association of the Bar of the City of New York                             2002-2004
Committee on Professional Responsibility                                   1994 -1998

National Conference of Bar Examiners                                        2002
MPRE Drafting Committee

Center for Constitutional Rights                                            2001-2015
Executive Committee
Board Member

Legal Services for New York City                                           2001- 2002
LSNY Planning Process Advisory Committee

<u>PUBLICATIONS</u>

*Should Criminal Justice Reformers Care About Prosecutorial Ethics Rules?* (with Bruce A. Green), Duquesne L. Rev. 58 Duquesne L. Rev. (forthcoming 2020)

*The Relationship Between Prosecutors and Defenders*, Ronald F. Wright, Kay L. Levine, and Russell Gold, eds., OXFORD HANDBOOK ON PROSECUTORS AND PROSECUTION (forthcoming 2020)

*The Mueller Investigation and Legal Ethics*, in The Mueller Investigation and Beyond, Ellen Podgor (ed.), (Carolina Academic Press, 2019)

*Regulation of Lawyers in Government Beyond the Client Representation Role,* 33 Notre Dame J. Law, Ethics & Pub. Policy 151 (2019)

*Judge Damon Keith: the Antidote to Judge Julius Hoffman,* 50 Loyola U. Chicago Law J. 989 (2019)

*Towards the Model of the Engaged Judge*, NYU Annual Survey of the Law
(Invited Symposium on Sentencing Reform from the Bench: The Emerging Role of District Court Judges) 74 N.Y.U. Annual Survey American Law 393 (2018)

*Can a Good Person Be a Good Prosecutor?,* 87 Fordham Law Review Online (2018)
https://fordhamlawreview.org/wp-content/uploads/2018/09/Yaroshefsky-35.pdf

*Introduction, Movement Lawyering Roundtable Symposium*, 47 Hofstra Law Review 1 (2018)

*Privileging Public Defense Research*, (with Janet Moore and Andrew Davies), 69 Mercer Law Review 769 (2018)

*Ministers of Justice and Mass Incarceration*, (with Lissa Griffin), 30 Georgetown J. Legal Ethics 301 (2017)

*Prosecutorial Accountability 2.0*, (with Bruce A. Green), 92 Notre Dame Law Review 51 (2016)

*New Models for Prosecutorial Accountability*, 2016 Cardozo Law Review de novo 132 (2016)

*Duty of Outrage: The Defense Lawyer's Obligation to Speak Truth to Power to the Prosecutor and the Court When the Criminal Justice System is Unjust*, 44 Hofstra Law Review 1027 (2016)

*Changing the School to Prison Pipeline: Integrating Trauma Informed Care in the New York City School System, in Collected Essays Impact: Threat of Economic Inequality,* (with Anna Shwedel), 1 N.Y Law School Impact Center for Public Service Law J. 99 (2015)

*Ethical Issues in Class Action Representation,* Institute for Law and Economic Policy Conference Materials (2015)

*Waiting for the Elevator: Talking About Race*, 27 Georgetown J. Legal Ethics 1023 (2014)

*Defense Lawyering and Wrongful Convictions,* (with Laura Schaefer)*,* Allison D. Redlich, James R. Acker, Robert J. Norris & Catherine L. Bonventre (eds.), EXAMINING WRONGFUL CONVICTIONS: STEPPING BACK, MOVING FORWARD, Carolina Academic Press, (2014)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2013 (American Bar Association) (coauthored with Peter A. Joy)

*50th Anniversary of Brady: Cognitive Bias and Beyond*, The Champion, June 2013

*New Orleans Prosecutorial Disclosure in Practice After Connick v. Thompson,* 25 Georgetown J. Legal Ethics 913 (2012)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2012 (American Bar Association) (coauthored with Peter A. Joy)

*Prosecution Ethics in Context,* (with Bruce A. Green), Leslie C. Levin and Lynn Mather (eds.), LAWYERS IN PRACTICE University of Chicago Press (2012)

*Prosecutorial Disclosure Obligations,* 62 Hastings Law Journal 1321 (2011)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2011 (American Bar Association) (coauthored with Peter A. Joy)

*Foreword: New Perspectives on Brady and Other Disclosure Obligations: What Really Works,* 31 Cardozo Law Review 1943 (2010)

*Enhancing the Justice Mission in the Exercise of Prosecutorial Discretion,* 19 Temple Pol. and Civ. Rts. Law Review 343 (2010)

*My Client, the Cooperator Lied: Now What? Commentary Symposium, Criminal Law Defense, Ethics, and the Client Who Plans to Lie,* 7 Ohio St. J. Criminal Law 659 (2010)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2009 (American Bar Association) (coauthored with Peter A. Joy)

*Prosecutorial Discretion and Post-Conviction Evidence of Innocence,* (coauthored with Bruce A. Green), 6 Ohio State J. Criminal Law 467 (2009)

*Ethics and Plea Bargaining,* American Bar Association Criminal Justice Symposium (Fall 2008)

*Ethics in Criminal Advocacy,* (coauthored with Bruce A. Green) The State of Criminal Justice 2008 (American Bar Association)

*Zealous Lawyering Succeeds Against All Odds: Major Mori and the Legal Team for David Hicks at Guantanamo Bay,* Symposium Issue, 13 Roger Williams L. Rev. 469 (2008)

*Military Lawyering at the Edge of the Rule of Law at Guantanamo: Should Lawyers Be Permitted to Violate the Law*, 36 Hofstra Law Review 563 (2008)

*State of Washington v. Sherrie Lynn Allery, Victory Despite Conviction*, Michael E. Tigar and Angela J. Davis (eds.), TRIAL STORIES, 13 (2008)

*Secret Evidence is Slowly Eroding the Adversary System*, 34 Hofstra Law Review. 1063 (2006)

*Classified Information and the Courts*, Secret Evidence and the Courts in the Age of National Security, 5 Cardozo Public Law, Policy and Ethics Journal 1 (2006)

*Conference Overview and Summary, The New York City Housing Court in the 21st Century,* 3 Cardozo J. Pub. Policy, Law and Ethics Journal 591 (2006), (with Marilyn Flood)

*Wrongful Convictions: It Is Time to Take Prosecution Discipline Seriously,* Symposium, 8 U.D.C. Law Review 275 (2004)

*Introduction to the Cooperating Witness Conundrum,* 23 Cardozo Law Review 747 (2002)

*Session Four: Special Issues in Assisted Settlement,* A *Symposium: Ethical Issues in Settlement Negotiations,* 52 Mercer Law Review 947 (2001)

*Unethical Clauses in Settlement Agreements,* New York Employment Law and Practice Vol 2, No. 1 (2000)

*Litigation Ethics: Course Materials for Continuing Legal Education,* Materials on *Client and Witness Perjury*, ABA Section of Litigation (2000)

*Cooperation with Federal Prosecutors: Experiences of Truth Telling and Embellishment,* 68 Fordham Law Review 917 (1999)

*Advertising: Targeted Mailings for Personal Injury and Criminal Clients*, New York Professional Responsibility Reporter (June 1998)

*How Future Lawyers Learn,* Federal Bar Council News (1997)

*Balancing Victim's Rights and Vigorous Advocacy for the Defendant,* N.Y.U. Annual Survey of American Law 135 (1989)

*The Tucson Trial and Its Legal Consequences of Asylum Seekers,* 9 Proceedings of the National Legal Conference on Immigration and Refugees (1986)

## PRESENTATIONS IN PROFESSIONAL & ACADEMIC PROGRAMS (since 2003)

*Best Practices, Ethical Considerations and Effective Use of Local Counsel*, ABA Section of Litigation (5/19)

*Special Counsel Investigations and Legal Ethics Roundtable,* Duquesne University School of Law (1/19)

*Women Defenders in the Courtroom: An Exploration of Identity and Effective Lawyering,* National Association of Criminal Defense Lawyers (10/18)

*The Use of Social Media and Its Legal Ethics,* NYSBA CLE Program at Hofstra Law (10/18)

*Ethical Rules, Guidelines and Practices for Use of Social Media,* Federal Bar Council (6/18)

*What Constitutes A Cert. Worthy Petition to the Supreme Court,* Second Circuit Court, United States Courthouse (5/18)

*One the Rocks:  Hot Topic Ethical Issues,* White Collar Seminar, National Association of Criminal Defense Lawyers (9/17)

*Top Ten Ethical Rules for White Collar Lawyers*, White Collar West Coast Conference, National Association of Criminal Defense Lawyers (6/17)

*Ethical Issues in the Practice of Criminal Law*, New York City Bar (5/17)

*Current Ethics Issues in Commercial Litigation, Commercial and Federal Litigation Section*, NY State Bar Association (5/17)

*Ethical Issues in Mental Hygiene Legal Service*, Second Department Continuing Legal Education Program (4/17)

*Navigating Ethical Minefields in Antitrust Class Actions,* 65th Annual Antitrust Law Spring Meeting (3/17)

*Ethics and Professionalism: Best Practices for Attorneys 2017*, New York City Bar (3/17)

*Ethical Issues in the Practice of Law,* The Presidential Inauguration and the Unfolding Era, City University of New York Law School (1/17)

*New ABA Model Rule of Professional Conduct against Harassment and Discrimination:  Understanding the Rule in Detail*, Practicing Law Institute (12/16)

*What's in a name? Or a Number?: Attorney Advertising and Ratings*, New York State Bar Association (10/16)

*Medical Marijuana in New York*, New York State Bar Association (10/16)

*30th Annual Metropolitan New York Trainer*, New York University Law School (3/16)

*Ethical Issues in Criminal Practice, The Legal Aid Society* (12/15)

*Twenty-Five Years of Wrongful Convictions Conference*, Northeastern School of Law (9/15)

*Ethics in Juvenile Defense*, National Juvenile Defender Center, Georgetown Law School (4/15)

*Navigating the Complex Ethical Issues,* Cannabis Business, Law and Ethics (4/15)

*Ethical Issues in Class Actions*, Institute for Law and Economic Policy (4/15)

*Legal and Ethical Obligations in Discovery,* Public Defender of the Ninth Judicial Circuit (3/15)

*Ethical Obligations of Judges and Prosecutors*, ABA Tenth Annual Summit on Indigent Defense Improvement, Thurgood Marshall School of Law (2/15)
*Ethical Issues in Indigent Immigration Cases,* Brooklyn Defender Services (2/15)

*Ethics in Forensic Science, Virtual Lunch Series*, American Association of American Law Schools (12/14)

*Ethics Seminar, White Collar Crime Seminar,* National Association of Criminal Defense Lawyers (11/14)

*Ethical Issues in Forensic Science,* New York State Bar Association Criminal Justice Section Fall Meeting (10/14)

*Protecting the Sixth Amendment 50 Years Later: Current Issues in Ethics and Technology,* Second Circuit Judicial Council (6/14)

*Ethical Obligations in Dealing with Child Victims: Role and Responsibilities of System Actors*, American Bar Association Criminal Justice Section (5/14)

*Ethical Issues for the Defense Relating to Forensic Science,* 14th Annual Public Defender Retreat (4/14)

*Race and Access to the Justice System*, Georgetown University Law Center (3/14)

*Ethical Choices in Dealing with Crime Victims: What is the Prosecutor, Defender and Judge to Do?*
American Bar Association Criminal Justice Section (2/14)

*Ethical Choices Regarding Discovery and Forensic Science,* New York State Bar Association

Criminal Justice Section Fall Meeting (10/13)

*Prosecutorial Disclosure Obligations*, Fifth Circuit Judicial Conference (5/13)

*Ethics in Plea Bargaining and Discovery,* Chief Justice's Indigent Defense Summit, Virginia State Bar (5/13)

*Basics of Criminal Law for the Criminal and Civil Lawyer*, New York State Bar Association (4/13)

*Criminal Law and Ethics: The Present State of Brady, A View from Both Sides*, New York County Lawyers Association (4/13)

*50th Anniversary of Gideon v. Wainwright*, American Constitution Society, Cardozo Law School (3/13)

*Gideon in the 21st Century,* American Bar Association Criminal Justice Section Roundtable (2/13)

*Workshop Presentation,* The National Institute for Teaching Ethics and Professionalism (6/12)

*Ethics and Open Source Software*, Practicing Law Institute (11/11)

*Challenging Ethical Dilemmas: Candor, Client Competency and the Use of Social Networking,* New York County Lawyers Criminal Trial Advocacy Institute (11/11)

*Legal and Ethical Implications for Defense Counsel, Prosecutors and the Court in Cutting Edge Forensic Science Issues: Discovery and Disclosure Obligations,* New York State Bar Association (11/11)

*Attorney Advertising, Social Media and Ethics,* National Advertising Division Annual Conference (10/11)

*Ethics for Corporate Counsel,* New York State Bar Association Corporate Counsel Section (11/10)

*Ethical Considerations for Using Technology in Your Practice* American Bar Association Section on Litigation, 11th Annual Women in Product Liability Conference (11/10)

*Prosecutorial Ethics,* Sixth Annual Defending the White-Collar Case (9/10)

*Ethical Issues in Prison Actions*, Prison Law 2009, Practicing Law Institute (9/10)

*Difficult Ethical Choices,* Office of Legal Counsel, Second Circuit Court of Appeals (7/10)

*Prosecutors and Their Disclosure Duties,* American Bar Association Professional Responsibility

Annual Conference (6/10)

*Litigating Under the New Ethics Rules: A Close Look at Rule 3.3 and Gender Bias in the Courthouse*, New York Women's Bar Association (5/10)

*Update on Legal Ethics in Investigation,* National Employment Lawyers Association Spring Conference (5/10)

*Ethical Issues with Blogging, Friending and Tweeting,* Association of the Bar of the City of New York (3/10)

*Ethical Issues in Criminal Defense Practice,* 24th Annual Metropolitan New York Trainer (3/10)

*Ethics for Corporate Counsel,* New York State Bar Association Third Corporate Counsel Institute 11/09)

*Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute (11/09)

*The* New *New York Rules of Professional Conduct in Criminal Practice*, Citibar Center for Continuing Legal Education (11/09)

*Examining Modern Approaches to Prosecutorial Discretion*, Keynote Address, Temple University Beasley School of Law Political and Civil Rights Law Review Annual Symposium (10/09)

*Racial Issues, Confidentiality and Other Ethical Dilemmas,* 2009 Annual Criminal Defense Conference, Milwaukee, Wisconsin (9/09)

*Ethical Issues in Prison Actions*, Prison Law 2009, Practicing Law Institute (9/09)

*Ethical Issues in Special Education,* Seventh Annual School Law Institute, Practicing Law Institute (5/09)

*Past, Present and Future of Guantanamo,* CSPAN (5/09)

*Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute (11/08)

*Confidentiality and Its Limits, Legal Ethics in New York,* Lorman Educational Services, New York (9/08)

*Ethical Issues in Client Representation at Guantanamo,* Association of Professional Responsibility Lawyers (5/08)

*The Prosecution Ethic*, Symposium in Tribute to Seattle-King County Prosecutor Norm Maleng,

Seattle Washington (5/08)

*The Bi-Annual Criminal Justice Retreat: A Summit on the Prosecution Function,* Association of the Bar of the City of New York (4/08)

*Ethical Issues in Direct and Cross Examination,* American Bar Association Criminal Justice Section (4/08)

*Ethical Issues in Witness Preparation,* Commercial and Federal Litigation Section, New York State Bar Association (1/08)

*What Every Attorney Must Know About Ethics*, Practicing Law Institute (12/07)

*Ethics and Professionalism in Plea Negotiation: Best Practices and Worst Pitfalls,* American Bar Association Criminal Justice Section 2007 Fall Conference, Washington, D.C. (11/07)

*Business and Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute (11/07)

*Confidentiality and Conflicts,* Back to Business, Proskauer Rose LLP (11/07)

*Lawyering and Terrorism Cases*, Legal Dilemmas in a Dangerous World: Law Terrorism and National Security, Roger Williams University School of Law (11/07)

*Lawyering at the Edge of the Rule of Law,* Ethics Conference: Lawyering at the Edge, Hofstra Law School (10/07)

*Ethics in Employment Law*, Jackson Lewis Women's Employment Law Conference, New Jersey (10/07)

*Zealous Representation: Ethical Limits and Trial Techniques*, New York State Bar Association (5/07)

*Ethical Practices in Start-Ups and Smaller Firms,* Association of the Bar of the City of New York (5/07)

*Ethics for the Immigration Lawyer,* Federal Bar Association, New Jersey 26th Annual Hon. William H. Strasser Immigration Conference (5/07)

*Ethical Issues in Special Education,* Fifth Annual School Law Institute, Practicing Law Institute (5/07)

*Potential Criminal Exposure of Attorneys,* Professional Responsibility and Risk Management Conference, New York (10/06)

*Attorney-Client Privilege, Inadvertent Disclosure and Document Retention,* Jackson Lewis

Women's Employment Law Conference, New Jersey (10/06)

*Ethical Issues for Intellectual Property Lawyers,* The Copyright Society of the USA, New York (9/06)

*Ethical Issues in Advising the Self Represented*, New York Family Court (9/06)

*Ethical Issues for the Entertainment Lawyer,* Association of the Bar of the City of New York Center for Continuing Legal Education (6/06)

*Prosecution Ethics*, American Bar Association Professional Responsibility Conference, Vancouver, B.C. (6/06)

*Ethical Issues for Employment Lawyers*, National Employment Lawyers Association (5/06)

*Ethical Issues in Special Education*, Sixth Annual School Law Institute, Practicing Law Institute (5/06)

*Lawyers in the Dock*: *When Does Good Lawyering Become Criminal Conduct*, Association of the Bar of the City of New York Center for Continuing Legal Education (2/06)

*Prosecution Ethics*, Association of Professional Responsibility Lawyers (2/06)

*The Law and Ethics of Criminal Defense in Terrorism Cases*, Association of American Law Schools (1/06)

*Bridge the Gap*, Practicing Law Institute (12/05)

*Secret Evidence is Eroding the Adversary System*, Lawyers' Ethics in an Adversary System, 2005 Legal Ethics Conference, Hofstra Law School (11/05)

*The Changing Legal Profession*, Legal Ethics in the New Millennium, American Association of Law Schools Professional Responsibility Conference (6/05)

*Ethical Issues in Special Education*, Fifth Annual School Law Institute, Practicing Law Institute (4//05)

*Ethical Issues in Pro Bono Work*, City Bar Center for Continuing Legal Education (6/05)

*Ethical Dilemmas for Financial Services Attorneys,* SIA Compliance and Legal Division (6/05)

*Ethics for the Immigration Lawyer*, City Bar Center for Continuing Legal Education (3/05)

*Ethical Considerations for Corporate Investigations,* City Bar Center for Continuing Legal Education (9/04)

*Timely Ethical Issues: Cooperating Witnesses,* Federal Bar Council (11/04)

*Ethical Issues for the Entertainment Lawyer,* City Bar Center for Continuing Legal Education (6/04)

*Ethics for the Immigration Lawyer*, City Bar Center for Continuing Legal Education (3/04)

*Ethical Issues in Dealing with the Difficult Client*, New York Employment Lawyers Annual Conference (11/03)

*Internet Ethics*, New York County Lawyers Association (10/03)

*The Evolving Defense Function in the Wake of Sarbanes-Oxley*, New York Council of Defense Lawyers 2003 Biennial Retreat, with SEC Commissioner Harvey Goldschmid, SDNY Judge Jed Rakoff and New York State Attorney General Eliot Spitzer (10/03)

*Child Abuse, Neglect & the Foster Care System - The Attorney's Role & Responsibilities 2003*, Practicing Law Institute (3/03)

## LEGAL EMPLOYMENT

**Ethics Consultant**                                                                          2008-Present
Advise and represent lawyers and judges on matters pertaining to the law governing lawyers; expert witness.


**Clayman and Rosenberg**, New York, NY                                     2006 - 2008
*Of Counsel*
Advised and represented lawyers and legal organizations on matters pertaining to the law governing lawyers; expert witness.


**Hinshaw & Culbertson LLP**, New York, NY                                2004 - 2006
*Of Counsel*
Advised and represented lawyers and legal organizations on matters pertaining to the law governing lawyers; expert witness

**Private Practice**, New York, NY                                               1988 - 2000
Criminal, civil rights and constitutional rights litigation

**Center for Constitutional Rights**, New York, NY                        1982 - 1988
National practice in civil rights and international human rights

**Gibbs, Douglas, Theiler, Yaroshefsky and Drachler**, Seattle, WA          1980 - 1982
Criminal defense and civil rights litigation

**Seattle-King County Public Defender**, Seattle, WA          1976 - 1980
Criminal defense litigation

**Puyallup Indian Tribe**, Tacoma, WA          1975 - 1976
*Staff Attorney*
Provided general legal counsel to tribe on land rights and economic development.

## BAR ADMISSIONS

New York and Washington State Courts
Various U.S. District Courts
Second and Ninth Circuit Courts of Appeals
U.S. Supreme Court

## EDUCATION

Rutgers School of Law, Newark, New Jersey          J.D. 1975

Douglass College for Women          B.A. 1969
Rutgers University, New Brunswick, New Jersey

## HONORS

*Founders Award*          May 2018
Center for Constitutional Rights

*Outstanding Women in Law 2018*          May 2018
Maurice A. Deane School of Law at Hofstra University

*Hofstra Law Review Professor of the Year*          May 2017
Maurice A. Deane School of Law at Hofstra University

*Eric Neisser Award for Outstanding Public Service*          Sept 2005
Rutgers University School of Law

*Outstanding Contribution in the Field of Criminal Law Education Award*          Jan 2000
New York State Bar Association, Criminal Justice Section

*Monrad G. Paulsen Award (with other members of the clinical faculty)*    June 1998
Benjamin N. Cardozo School of Law at Yeshiva University

*Jack Wasserman Memorial Award*    June 1991
American Immigration Lawyers Association Award

*Steps to End Family Violence Award*    May 1991
Edwin Gould Services