N.Y.S.D. Case # 19-cr-0561(LAP)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty.

Before: John M. Walker, Jr.,
Barrington D. Parker,
Susan L. Carney,
*Circuit Judges.*

_____

United States of America,

*Respondent*,

v.

Steven Donziger,

*Defendant-Appellant.*

_____

**ORDER**

Docket No. 19-4155

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 12 2020

UPON DUE CONSIDERATION of Steven Donziger's appeal under Rule 9(a) of the Federal Rules of Appellate Procedure of the order of the United States District Court for the Southern District of New York (Preska, *J.*) denying his request to modify his release conditions primarily to eliminate home confinement, we have found no clear error in the District Court's decision. Accordingly, we AFFIRM its order.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/12/2020