THE LAW OFFICES OF
ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

April 6, 2020

SO ORDERED.
Dated:  April 7, 2020
     New York, NY

By ECF
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

_____
LORETTA A. PRESKA, U.S.D.J.

Re:  *Chevron Corp. v. Steven Donziger, et al.*;
Criminal Docket Number 19-561 (LAP);
Civil Docket Number 11-0691

Dear Judge Preska:

    I write to request an extension of time until this Friday, April 10, 2020, within which to submit Mr. Donziger's reply in further support of his pretrial motions.  Ms. Glavin has advised me that she does not object.

    I am far along in my work on the reply, but have been diverted especially today and yesterday by work for multiple clients for whom I am in various stages of applications for release in light of the pandemic.  I have given these other applications priority over my reply papers.

    I appreciate the Court's consideration and Ms. Glavin's accommodation.

Respectfully submitted,

/s/
Andrew J. Frisch

cc: Ms. Rita Glavin