UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

           Defendant.

19 Cr. 561 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Donziger's request for a conference. (Dkt. no. 67.) Counsel shall confer and inform the Court by letter no later than May 14 of how they propose to proceed, including but not limited to whether they wish to be heard further about the potential sentence and fine if Mr. Donziger is convicted, whether they anticipate making motions in limine and the nature of any such motions, and the anticipated length of the trial, either bench or jury.

    Counsel shall appear for a telephonic conference on May 18 at 11:30 a.m. The dial-in for the conference is (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated: May 7, 2020
       New York, New York

                                              */s/ Loretta A. Preska*
                                              LORETTA A. PRESKA, U.S.D.J.