UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN DONZIGER,<br><br>Defendant. | No. 1:19-CR-00561 (LAP)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Lauren Regan hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Steven Donziger in the above-captioned action.

I am in good standing in the Oregon State Bar, and am admitted to practice in Oregon State and Federal Courts, the Ninth Circuit, U.S. Supreme Court, U.S District Courts of North Dakota and Iowa, and have appeared *pro hac vice* in the State Courts of Washington, California, Texas, Montana, Minnesota and North Dakota; and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an affidavit pursuant to Local Rule 1.3.

Dated: May 12, 2020

Respectfully Submitted,

Applicant Signature: _____
Applicant's Name: Lauren Regan
Firm Name: Civil Liberties Defense Center
Address: 1430 Willamette St. #359
Eugene, OR 97401
Telephone/Fax: (541) 687-9180/(541) 804-7391
Email: LREGAN@CLDC.ORG