UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN DONZIGER,<br><br>                                Defendant. | No. 1:19-CR-00561 (LAP)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Lauren Regan, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar and states on the attached document and that her contact information is as follows:

Lauren Regan
Civil Liberties Defense Center
1430 Willamette St. #359
Eugene, Oregon 97401
Email: LREGAN@CLDC.ORG
Phone: (541) 687-9180/ Fax: (541) 804-7391

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Steven Donziger in the above entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated:   May 28   , 2020.

_____
Judge Loretta A. Preska