UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>STEVEN DONZIGER,<br><br>            Defendant. | 19 Cr. 561 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    For the reasons reflected in the transcript of the telephonic hearing held on May 18, 2020, the Court denied Mr. Donziger's request to be released from home confinement.

**SO ORDERED.**

Dated:  May 29, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.