# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

June 3, 2020

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Donziger*, 19 Cr. 561 (LAP); 11 Civ. 691 (LAK)

Dear Judge Preska:

      Pursuant to the Court's instructions at the May 18, 2020 conference, the parties conferred and propose the following motions in limine briefing schedule for the Court's approval:  motions due July 10; opposition briefs due July 24; and reply briefs due August 3.

Respectfully submitted,

_____/s/_____
Rita M. Glavin
Special Prosecutor

The proposed briefing schedule is approved.
SO ORDERED.
Dated: June 5, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

      cc:    Defense Counsel