**SCHLAM STONE & DOLAN LLP**
26 Broadway, New York, NY 10004

July 4, 2020

*By ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *United States v. Steven Donziger;*
           *Criminal Docket Number 19-561 (LAP)*;
           *Civil Docket Number 11-691 (LAK)*

Dear Judge Preska:

        I submit this letter as my motion to withdraw as Mr. Donziger's counsel in the above-referenced case. Richard Friedman who is also counsel of record will assume the role as Mr. Donziger's lead counsel.

                                        Respectfully submitted,

                                        /s/
                                        Andrew J. Frisch

cc:  All Counsel