# SCHLAM STONE & DOLAN LLP
26 Broadway, New York, NY 10004

July 4, 2020

*By ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re: United States v. Steven Donziger;*
         *Criminal Docket Number 19-561 (LAP)*;
         *Civil Docket Number 11-691 (LAK)*

Dear Judge Preska:

      I submit this letter as my motion to withdraw as Mr. Donziger's counsel in the above-referenced case. Richard Friedman who is also counsel of record will assume the role as Mr. Donziger's lead counsel.

                Respectfully submitted,

                /s/
                Andrew J. Frisch

cc: All Counsel

Mr. Frisch's motion to withdraw as defense counsel is granted provided that his withdrawal does not affect the trial date.
SO ORDERED.
Dated: July 6, 2020

_____
LORETTA A. PRESKA, U.S.D.J.