AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S.A. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cr-00561-LAP |
| Steven Donziger | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steven Donziger

Date:     07/07/2020

/s/ Martin Garbus
*Attorney's signature*

Martin Garbus, MG 6121
*Printed name and bar number*

P.O. Box 854
Truro, MA 02666

*Address*

mgarbus@offitkurman.com
*E-mail address*

(646) 515-2593
*Telephone number*

(212) 545-1656
*FAX number*