# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

July 10, 2020

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Donziger</u>, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

I write on behalf of the United States to respectfully request an extension until Wednesday July 15, 2020 to file motions in limine, which are currently due today July 10, 2020. We are in discussions with defense counsel about motions in limine and wish to continue those discussions in an effort to narrow such motions.  Defense counsel Richard Friedman consents to this request.

We would request the motions in limine briefing schedule be adjusted accordingly, such that opposition papers are now due July 29, 2020 and reply papers due August 8, 2020.

The extension request and proposed
adjusted schedule are approved.
SO ORDERED.
Dated: July 13, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Respectfully submitted,

_____/s/_____
Rita M. Glavin
Special Prosecutor

cc:  Richard Friedman (email and ECF)