UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

           Defendant.

19 Cr. 561 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court received Mr. Donziger's July 22, 2020 letter in further support of his request for copies of the special prosecutors' invoices (dkt. no. 107) shortly after it released its order ruling on the invoice issue (dkt. no. 108).  The Court has considered Mr. Donziger's most recent letter and adheres to its prior order regarding the scope of the public right of access as it relates to the special prosecutors' invoices.

**SO ORDERED.**

Dated:  July 22, 2020      _____
        New York, New York    LORETTA A. PRESKA, U.S.D.J.