UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

        Defendants.

19 Cr. 561 (LAP)
11 Civ. 691 (LAK)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Donziger's letter dated July 29, 2020 requesting a continuance of the trial date, which is currently set for September 9, 2020.  (Dkt. no. 111.)  The special prosecutors shall submit a letter advising the Court of their views on Mr. Donziger's request by no later than August 5.  Given that this will be a bench trial, the special prosecutors shall also give their views on the possibility of conducting the trial remotely through the use of videoconferencing technology.  Mr. Donziger may respond to the special prosecutors' submission by letter no later than August 12.

**SO ORDERED.**

Dated:  July 20, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.