UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | 19-CR-0561 (LAP)<br>[11-civ-0691 (LAK)] |

**ERRATA REGARDING DOCKET NO. 121 – ERRATA TO DEFENDANT DONZIGER LETTER REPLY REGARDING MOTION FOR CONTINUANCE**

    Defendant Steven Donziger hereby requests that Dkt. No. 121 be stricken and replaced with this submission in order to correct a filing error. The letter from Richard H. Friedman to be filed with Dkt. No. 121, was not included in filing.

    Defendant hereby corrects the error in submission by submitting, as attached, the following that was to be included with Dkt. No. 119 (Letter Reply to Response to Motion to Continue Trial): letter from Richard H. Friedman (with Declaration of Richard H. Friedman and Letter of Ashley Calahan PA-C).

                                                                       Respectfully submitted,

                                                                       /s/ Richard H. Friedman
                                                                       Richard H. Friedman, *Pro Hac Vice*

                                                                       Friedman Rubin PLLP
                                                                       1126 Highland Ave.
                                                                       Bremerton, WA 98337
                                                                       Tel: 360-782-4300
                                                                       Fax: 360-782-4358
                                                                       rfriedman@friedmanrubin.com

                                                                       *Counsel for Steven Donziger*