

**RICHARD H. FRIEDMAN**
*Attorney at Law... Admitted in AK, CA, KY, NV & WA*
1126 HIGHLAND AVENUE  |  BREMERTON, WASHINGTON 98337  |  P: 360.782.4300  |  F: 360.782.4358  |  WWW.FRIEDMANRUBIN.COM
EMAIL: *rfriedman@friedmanrubin.com*

BREMERTON OFFICE

August 17, 2020

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *United States v. Steven Donziger*, No. 19-CR-561 (LAP); 11-CIV-691 (LAK)

Dear Judge Preska:

    This is in response to the prosecution's letter of August 11, 2020 (Dkt. 118) requesting a *Curcio* hearing in this matter. While we do not believe the prosecution has shown a need for such a hearing, we have no objection if the Court wishes to hold one.

    Sincerely,

    FRIEDMAN | RUBIN

    Richard H. Friedman