UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

    Defendant.

19-CR-561 (LAP)
11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Donziger shall appear in Courtroom 12A in person for the August 24 conference. If none of his attorneys appears in person, Mr. Donziger will be permitted to consult with them privately, as necessary.

**SO ORDERED.**

Dated:  August 17, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.