

**RICHARD H. FRIEDMAN**
*Attorney at Law... Admitted in AK, CA, KY, NV & WA*
1126 HIGHLAND AVENUE  |  BREMERTON, WASHINGTON 98337  |  P: 360.782.4300  |  F: 360.782.4358  |  WWW.FRIEDMANRUBIN.COM
EMAIL: *rfriedman@friedmanrubin.com*

BREMERTON OFFICE

August 24, 2020

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Steven Donziger*, No. 19-CR-561 (LAP); 11-CIV-691 (LAK)

Dear Judge Preska:

I am writing to ask that we be granted until September 1st to inform the Court as to which witnesses we would like to present by video. We are still trying to figure out which provider will be employed, and what is feasible in terms of using that provider to connect with our witnesses. Moreover, we have not yet received the prosecution's exhibit or witness list, so it is somewhat difficult to decide who we need to call.

Thank you for your consideration.

Sincerely,

FRIEDMAN | RUBIN

Richard H. Friedman

In order to give the special prosecutors time to respond and the Court time to decide, Mr. Donziger shall identify any witnesses whom he wishes to call by videoconferencing no later than Friday, August 28 at noon New York Time.
SO ORDERED.
Dated:  Aug. 25, 2020

_____
LORETTA A. PRESKA, U.S.D.J.