UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br> -against-<br><br>STEVEN DONZIGER,<br><br>          Defendant. | 19-CR-0561 (LAP)<br>[11-civ-0691 (LAK)] |

**NOTICE OF FILING**

During the Curcio hearing on August 27, 2020, Steven Donziger attempted to file a declaration from Ron Kuby in support of his position. To complete the record, that declaration is attached for filing.

                 Respectfully submitted,

                 /s/ Richard H. Friedman
                 Richard H. Friedman, *Pro Hac Vice*

                 Friedman Rubin PLLP
                 1126 Highland Ave.
                 Bremerton, WA 98337
                 Tel: 360-782-4300
                 Fax: 360-782-4358
                 rfriedman@friedmanrubin.com

                 *Counsel for Steven Donziger*