UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                                            **ORDER**
                                                                          19 Cr. 561 (LAP)

STEVEN DONZIGER,

        Defendant.
---------------------------------------------------------X

    Upon the application of Natali Todd, Esq., requesting an Order authorizing the appointment of counsel *nunc pro tunc* pursuant to Criminal Justice Act, 18 U.S.C. §3006A;

    IT IS HEREBY ORDERED, that:

    Natali Todd, Esq., is appointed as conflict counsel *nunc pro tunc* from August 21, 2020 to represent Steven Donziger in the above referenced matter, pursuant to Criminal Justice Act, 18 U.S.C. §3006A.

Dated:  New York, New York
          September  1  , 2020

                                                                               SO ORDERED

                                                                               Honorable Loretta A. Preska
                                                                               Senior District Judge
                                                                               United States District Court
                                                                               Southern District of New York