UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

United States of America,

      - against -                                    19-CR-561 (LAP)
                                                            11-CV-691 (LAK)

Steven Donziger,

                                 Defendant.

------------------------------------------------------------------- x

       This matter having come before the Court on the duly noticed motion of attorney Andrew J. Frisch for entry of an Order vacating the Court's Order of August 28, 2020 (Docket No. 149) directing Mr. Frisch to appear as counsel for defendant Steven Donziger in this case at his trial scheduled to begin on September 9, 2020,

       IT IS HEREBY ORDERED THAT the portion of the Court's Order of August 28, 2020 (Docket No. 149) that directed Mr. Frisch to appear as counsel for defendant Steven Donziger in this case at his trial scheduled to begin on September 9, 2020, is vacated.

Dated: September __, 2020
       New York, New York

                                 SO ORDERED:

                                 _____
                                 The Honorable Loretta A. Preska
                                 United States District Judge