UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

STEVEN DONZIGER,

        Defendant.

19-CR-561 (LAP)
11-CV-691 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    In an order dated August 17, 2020, the Court addressed the possibility of having witnesses testify by videoconference at Mr. Donziger's trial and directed that "[f]or any defense witness who is unable to attend trial in-person or whose attendance would be unduly burdensome for COVID-19 related reasons, Mr. Donziger may move to admit his or her testimony via live video, and the Court will consider those applications on a case-by-case basis."  (Dkt. no. 124 at 6.)

    On August 31, after receiving multiple deadline extensions, Mr. Donziger's counsel submitted a letter naming over 30 witnesses whose testimony the defense wishes to introduce by video.  (Dkt. no. 153.)  This submission, which provides no reasons as to why remote testimony is warranted, does not comply with the Court's August 17 order.  Defense counsel is directed to update their witness list by no later than September 4 at 12:00 p.m. New York time with a letter explaining "on a case-by-

case basis" why each witness "is unable to attend trial in-person" or why their "attendance would be unduly burdensome." (See dkt. no. 124 at 6.)

**SO ORDERED.**

Dated:   September 2, 2020
         New York, New York

*Loretta A. Preska*

_____
LORETTA A. PRESKA, U.S.D.J.