```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -against-<br><br>STEVEN DONZIGER,<br>                Defendant. | 19-CR-561 (LAP)<br>11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

   The Prosecution and Mr. Donziger shall appear in Courtroom 12A on Monday, October 5 at 11:30 a.m. for a conference on representation issues and trial witnesses.  Mr. Donziger's counsel may attend the conference remotely.

SO ORDERED.

Dated:  September 29, 2020

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.

1