UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

Defendant.

No. 19-CR-561
No. 11-CV-691

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

As stated on the record at today's conference, Martin Garbus's oral motion to withdraw as Mr. Donziger's counsel is granted.  The Clerk of the Court is directed to terminate Mr. Garbus as a defense attorney in this case.

Dated:  October 5, 2020
        New York, New York

*Loretta A. Preska* (signature)
_____
LORETTA A. PRESKA, U.S.D.J.