**MANDATE**

S.D.N.Y.–N.Y.C.
19-cr-561
Preska, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty.

Present:
    Dennis Jacobs,
    Gerard E. Lynch,
    Richard J. Sullivan,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 14 2020

United States of America,

        *Appellee*,

v.                                                                                                   20-1529

Steven Robert Donziger, 11-cv-691,

        *Defendant-Appellant*.

The Government moves to dismiss the appeal on the basis that the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. Appellant moves for an expedited briefing schedule. Upon due consideration, it is hereby ORDERED that the Government's motion is GRANTED and the appeal is DISMISSED. It is further ordered that Appellant's motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/14/2020