# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

October 21, 2020

**VIA ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *United States v. Steven Donziger*, 19 Cr. 561 (LAP); 11 Civ. 691 (LAK)

Dear Judge Preska:

  We write on behalf of the United States to supplement the record regarding defense counsel's assertions in her October 18, 2020 letter that: "on or about August 28, 2020, I became the only attorney left working on this case;" and "as of today's date, I have been assigned the lead counsel role and am solely defending this case for trial with only three weeks (Sept. 20-Oct. 16) to prepare."  Dkt. 180 at 3.

  Ms. Regan correctly states that she is the "sole attorney of record" for the defendant in this case.  Dkt. 180 at 3.  However, the record should reflect that in our last two telephone conferences with Ms. Regan (October 8 and October 10) to discuss this criminal case, three additional defense attorneys participated in those calls with Ms. Regan on behalf of the Donziger defense team: (1) Ms. Regan's associate at the Civil Liberties Defense Center, Rebecca Chapman Esq., a 2015 Harvard Law graduate who practices criminal defense law, was a former staff attorney in the Criminal Defense Practice with The Bronx Defenders from 2015-2018, and resides in the Boston, Massachusetts area (*see* Exhibit A); (2) New York-based attorney Ronald L. Kuby; and (3) New York-based attorney Rhidaya Trivedi, who practices law with Mr. Kuby.

  Mr. Kuby informed us that he is serving as "of counsel" to Ms. Regan for this case. In addition, Ms. Regan indicated to us that Ms. Chapman was assisting her with this case.

Hon. Loretta A. Preska
October 21, 2020
Page 2

                                            Respectfully submitted,

                                            _____/s/_____
                                            Rita M. Glavin
                                            Brian P. Maloney
                                            Sareen K. Armani
                                            *Special Prosecutors on behalf of the*
                                            *United States of America*