**MANDATE**

S.D.N.Y. – N.Y.C.
19-cr-561
Preska, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty.

Present:
> Dennis Jacobs,
> Gerard E. Lynch,
> Richard J. Sullivan,
> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

In re: Steven Robert Donziger,                                   20-1940

> *Petitioner*.

Before the Court are (1) Steven Robert Donziger's petition for a writ of mandamus for relief from rulings of the district court; (2) Donziger's motion for permission to file an oversized petition; and (3) Amicus National Lawyers Guild's motion to file an oversized brief in support of the petition. Upon due consideration, it is hereby ORDERED that Donziger's motion to file an oversized petition is GRANTED, and Amicus's motion to file an oversized brief is DENIED. If is further ORDERED that the mandamus petition is DENIED because Donziger has not demonstrated that exceptional circumstances warrant the requested relief or that he lacks an adequate, alternative means of obtaining relief. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/13/2020