UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
'UNITED STATES OF AMERICA'

    -v-                                      19-CR-561 (LAP)
                                            11-CV-691 (LAK)

STEVEN DONZIGER,
                Defendant.
-------------------------------------------------x

## NOTICE OF APPEARANCE

RONALD L. KUBY, certifies that he is an attorney duly admitted to practice in the Courts of the State of New York and the Southern District of New York, and hereby appears in 19-CR-561 (LAP).

Ronald L. Kuby, RK1879
119 West 23rd Street, Suite 900
New York, New York 10011
(212) 529-0223
Ronaldlkuby@gmail.com

Dated:    New York, NY
              November 15, 2020

Via ECF