UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendant Steven Donziger's November 24, 2020 letter [dkt. no. 218].  The special prosecutors shall respond to Mr. Donziger's letter no later than December 9, 2020.  Mr. Donziger my file a reply no later than December 16, 2020.

**SO ORDERED.**

Dated:     November 25, 2020
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge