UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

          v.                                      19-cr-561 (LAP)

**STEVEN DONZIGER,**

                   **Defendant.**

---

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Rhidaya Trivedi from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the Defendant should be sent to

RHIDAYA TRIVEDI
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011
(212)-529-0223
Email: rhiyatrivedi@gmail.com

      In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Attorney Rhidaya Trivedi at the email address set forth above.

Dated:  New York, New York
           December 15, 2020

                                                              Respectfully submitted,

                                                              _____/s_____

                                                               RHIDAYA TRIVEDI
                                                               Law Office of Ronald L. Kuby
                                                               119 West 23rd Street Suite 900
                                                               New York, NY 10011
                                                                (212)-529-0223
                                                                rhiyatrivedi@gmail.com