# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**United States of America,**

**v.**

**Steven Donziger**

*Defendant.*

_____

NOTICE OF MOTION

19-cr-561 (LAP)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Rhidaya S. Trivedi, the Memorandum of Law in Support, and all of the prior proceedings had herein, the defendant will move this Court at the Courthouse, located at 500 Pearl Street, New York, NY 10007 at 9:30 in the am, on the 4th day of January 2021, or as soon as counsel can be heard for an order:

Dismissing Counts 1, 2, and 3 of the Court's July 31, 2019 Order to Show Cause.

Dated:     New York, NY
           December 16, 2020

_____/s/_____
RHIDAYA TRIVEDI
RONALD L. KUBY
Law Office of Ronald. L Kuby
119 West 23rd Street, Suite 900
New York, NY 10011
212-529-0223
rhiyatrivedi@gmail.com