UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter of a proposed briefing schedule related to Mr. Donziger's motion [dkt. no. 227] for discontinuation of home confinement and electronic monitoring.

**SO ORDERED.**

Dated:    December 17, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1