# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

December 22, 2020

**VIA ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Donziger*, 19 Cr. 561 (LAP); 11 Civ. 691 (LAK)

Dear Judge Preska:

I write to respectfully request an extension of the briefing schedule for the defense's December 17, 2020 application for modification of release conditions. Rather than the Special Prosecutors' response being due today December 22, I request that our response be due on December 29, with the defense reply on December 30. The defense has no objection to this modification of the briefing schedule.

Respectfully submitted,

_____/s/_____
Rita M. Glavin
*Special Prosecutor on behalf
of the United States*

```
The extension requested above is
approved.
SO ORDERED.

Dated:    December 22, 2020
          New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.