

**CLDC**
1430 Willamette St. #359
Eugene, OR 97401
Phone: 541-687-9180  Fax: 541.804.7391
E-Mail: lregan@cldc.org  Web: www.cldc.org

February 24, 2021
**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     RE:   *United States v. Steven Donziger*, No. 19-CR-561 (LAP); 11-CIV-691 (LAK)

Dear Judge Preska:

I submit this letter as my motion to withdraw as Mr. Donziger's pro hac vice counsel in the above-referenced case. Ronald Kuby, who is also counsel of record and based in NYC, will continue as Mr. Donziger's counsel.  The global COVID-19 pandemic and my location in Oregon render my ability to assist in Mr. Donziger's trial defense untenable.


Sincerely,

**/s/ *Lauren C. Regan*** *(electronic signature)*
Lauren C. Regan, OSB#970878
Attorney at Law
Civil Liberties Defense Center
1430 Willamette St. #359
Eugene, OR 97401
lregan@cldc.org

cc:  All Counsel; Client