UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

      v.                                               19-cr-561 (LAP)

**STEVEN DONZIGER,**

                    **Defendant.**

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Martin Garbus from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the Defendant should be sent to:

Martin Garbus, Esq.
Offit Kurman
590 Madison Avenue, 6th Floor
New York, New York 10022

      In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Attorney Martin Garbus at the email address set forth below.

Dated: New York, New York
            March 24, 2021

                                                                        Respectfully submitted,

                                                                      _____/s_____

                                                                    MARTIN GARBUS, ESQ.
                                                                    Offit Kurman
                                                                    590 Madison Avenue 6th Floor
                                                                    New York, New York 10022
                                                                    212-545-1900
                                                                    mgarbus@offitkurman.com