

Martin Garbus, Esq.
MGarbus@offitkurman.com

April 5, 2020

Hon. Loretta A. Preska
United States District Judge Southern District of New York
500 Pearl Street
New York, New York
VIA ECF

    Re: <u>United States v. Donziger No. 19-cr-561 (LAP)</u>

Dear Judge Preska:

    The Defense requests four hours for the Opening.
.

    Sincerely,

    /s/
    Martin Garbus