UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | No. 19-CR-561 (LAP) |
|---|---|
| -against- | No. 11-CV-691 (LAK) |
| STEVEN DONZIGER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Steven Donziger's letter regarding his proposed opening statement. (See dkt. no. 252.) Counsel is reminded of the Court's order to confer with opposing counsel regarding the proposed length of opening statements. (See dkt. no. 250.)

**SO ORDERED.**

Dated:    April 5, 2021
            New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge