UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | No. 19-CR-561 (LAP) |
|---|---|
| -against- | No. 11-CV-691 (LAK) |
| STEVEN DONZIGER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of counsel's letters regarding the length of opening statements. (See dkt. nos. 252, 256.) Each side will have 45 minutes for openings.

**SO ORDERED.**

Dated:    April 8, 2021
            New York, New York

                          */s/ Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge