# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | 19 Cr. 0561 (LAP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Martin Garbus, the Memorandum of Law in Support, and all prior proceedings herein, the defendant will move this court, as soon as counsel can be heard, for an order:

(1) dismissing the case on the grounds of vindictive and selective prosecution; or in the alternative

(2) dismissing the case on the grounds of the unconstitutional use of Fed. R. Crim. P. 42, as applied; or in the alternative

(3) authorizing discovery and directing the parties to confer on an expedited discovery plan that will provide the defense with the requested information and deposition testimony in advance of trial; and

(4) recusing the presiding judge and directing that another judge of this court be selected by random assignment.

2

DATED: April 12, 2021                    Respectfully submitted,

                                              /s_____
Martin Garbus, Esq.
OFFIT | KURMAN
590 Madison Ave., 6th Floor
New York, NY 10022
Tel. 347.589.8513
mgarbus@offitkurman.com
*Counsel for defendant*