# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

April 14, 2021

**VIA ECF**
Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Donziger</u>, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

    I represent the United States and write in response to the Court's April 13, 2021 order directing counsel to "confer and inform the court by letter of the proposed briefing schedule on Defendant Steven Donziger's recently filed motion to dismiss." Dkt. 261; *see also* Dkt. 258. We have conferred and the parties propose the following briefing schedule: the Special Prosecutor's response to the motion to dismiss filed by Tuesday, April 27, 2021, and the defense's reply filed by Wednesday, May 5, 2021. The defense seeks oral argument on the motion, and I defer to the Court on that issue.

                                    Respectfully submitted,

                                      _____/s/_____
                                      Rita M. Glavin

                                      *Special Prosecutor on behalf*
                                      *of the United States*