

Martin Garbus, Esq.
590 Madison Ave., 6th Floor
New York, NY 10022
(347) 589-8513
mgarbus@offitkurman.com

April 15, 2021

**VIA ECF**

Honorable Loretta Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RE:   *Chevron v. Donziger*, Case No. 19 Cr. 561 (LAP)

Dear Judge Preska:

    Ms. Glavin's letter concerning the briefing schedule on the recently filed motion (Dkt. 259) neglected to mention that I specifically request oral argument on the date of May 5, 2021, the day the defense will submit its reply in support of the motion.

Respectfully,

/s
Martin Garbus, Esq.
OFFIT | KURMAN
590 Madison Ave., 6th Floor
New York, NY 10022
Tel. 347.589.8513
mgarbus@offitkurman.com
*Counsel for defendant*