UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Steven Donziger's letter dated April 15, 2021, which seeks the broadcast of his trial. (See dkt. no. 265.) Construing the letter as a motion for reconsideration of the Court's previous order regarding the public-access measures for Mr. Donziger's trial, (see dkt. no. 254), the motion is DENIED. Federal Rule of Criminal Procedure 53's language is mandatory,[1] and Mr. Donziger provides no legal authority to the contrary.

**SO ORDERED.**

Dated:    April 16, 2021
            New York, New York

*(signed) Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

---

[1] See FED. R. CRIM. P. 53 ("Except as otherwise provided by a statute or these rules, the court must not permit . . . the broadcasting of judicial proceedings from the courtroom." (emphasis added)).

1