UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br>      Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  To the extent that the Court can discern a wherefore clause in Defendant Steven Donziger's letter dated April 29, 2021, (see dkt. no 267), the Court reiterates its earlier (1) reserving of decision on Mr. Donziger's request for oral argument on his motion to dismiss, (see dkt. no. 263), (2) denial of Mr. Donziger's request to broadcast the proceedings, (see dkt. nos. 254, 266), and (3) denial of Mr. Donziger's request for the Court to recuse itself, (see dkt. nos. 68, 172).

**SO ORDERED.**

Dated: April 20, 2021
    New York, New York

               *Loretta A. Preska*
               LORETTA A. PRESKA
               Senior United States District Judge