UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

                Defendant.

No. 19-CR-561 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Because attorney Martin Garbus has re-filed a notice of appearance in this matter, (see dkt. no. 249), the Clerk of the Court is directed to remove the "Terminated" designation on the docket so that Mr. Garbus may receive ECF notifications regarding documents filed by the Special Prosecutors.

**SO ORDERED.**

Dated:    April 26, 2021
            New York, New York

                                  _Loretta A. Preska_
                                  LORETTA A. PRESKA
                                  Senior United States District Judge

1