**LAW OFFICE OF RONALD L. KUBY**
Attorneys at Law
119 West 23rd Street, Suite 900
New York, New York 10011

Telephone: (212) 529-0223
Fax: (212) 529-0644
www.kubylaw.com

Ronald L. Kuby
Rhiya Trivedi

Of Counsel
George Wachtel
Leah Busby

Staff
Susan Bailey

Process Server
Luis R. Ayala 1952-2012

April 30, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York
ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP)

Dear Judge Preska:

    I write in compliance (though a few minutes tardy. Sorry!) with this Court's Order of April 29, 2021. The defense has no present intention of examining any witness other than in-person. Following the conclusion of the prosecution case, the defense may make certain decisions that could result in the need for remote testimony. We are mindful of the Court's desire to avoid technological problems mid-trial, and will keep the Court and the prosecution apprised if there are changes in our intentions.

Sincerely,

Ronald L. Kuby

1