UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | No. 19-CR-561 (LAP) |
|---|---|
| -against- | No. 11-CV-691 (LAK) |
| STEVEN DONZIGER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall add Reed Brodsky (RBrodsky@gibsondunn.com) to the docket sheet in 19-CR-561 as representing non-parties Gibson, Dunn & Crutcher LLP, Anne M. Champion, Randy M. Mastro, Andrea E. Neuman, and William E. Thomson.

**SO ORDERED.**

Dated:    May 4, 2021
           New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1