UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Donziger's trial will be held in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Courtroom 12A in the same building has been designated as an overflow room.

**SO ORDERED.**

Dated:    May 4, 2021
             New York, New York

                          */s/ Loretta A. Preska*
                          LORETTA A. PRESKA
                          Senior United States District Judge