# EXHIBIT C

## Aaron Marr Page

**From:**      Steven Donziger <sdonziger@donzigerandassociates.com>
**Sent:**      Wednesday, May 12, 2021 7:00 AM
**To:**        Aaron Marr Page; Garbus, Martin; Ronald Kuby
**Subject:**   DOJ declination to intervene

**From:** Taylor, William W. <wtaylor@zuckerman.com>
**Sent:** Friday, May 7, 2021 4:39 PM
**To:** Steven Donziger <sdonziger@donzigerandassociates.com>; Reiser, David A. <DReiser@zuckerman.com>
**Subject:** Fwd: Donzinger

  EXTERNAL

Fyi

Sent from my iPhone

Begin forwarded message:

From: "Carlin, John P. (ODAG)" <John.P.Carlin@usdoj.gov>
Date: May 7, 2021 at 3:34:50 PM EDT
To: "Taylor, William W." <wtaylor@zuckerman.com>
Cc: "Lan, Iris (ODAG)" <Iris.Lan3@usdoj.gov>, "Loeb, Emily M. (ODAG)" <Emily.M.Loeb@usdoj.gov>, "Newman, David A. (ODAG)" <David.A.Newman@usdoj.gov>
Subject: Donzinger

Bill,

The Department has received your letters in the Donziger matter.  Having reviewed the letters, the Department declines to intervene in the federal-court initiated contempt proceedings.

Hope you are well,

John

1