UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

Defendants

Case No. 19 CR 561 (LAP)
11 Civ. 0691 (LAK)

---

## DECLARATION OF AMY E. MOWEN

I, Amy E. Mowen, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Billing Specialist in the accounting department at Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I am familiar with records relating to expenses incurred by Gibson Dunn.

2. I have reviewed Gibson Dunn's records relating to travel by William E. Thomson from Los Angeles to New York in connection with the above-captioned matter in August 2020 and in May 2021. Based on my review of Gibson Dunn's records, I know that:

    a. With respect to the August 2020 trip, Gibson Dunn has credited Chevron Corporation ("Chevron") for all travel expenses, including the cost of the airline flights, mistakenly billed to Chevron. Gibson Dunn is paying for all of those expenses.

    b. With respect to the May 2021 trip, Gibson Dunn is paying for all the expenses related to the trip, including the cost of the airline flights.

Executed on this 14th day of May, 2021 at Dallas, Texas.

/s/ Amy E. Mowen
Amy E. Mowen