# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

June 1, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York
VIA ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP)

Dear Judge Preska:

I write to request a brief time-enlargement, from June 3, 2021 up to and including June 8, 2021. Our post-trial period became replete with urgent matters that needed to be addressed immediately, as well as a personal matter that I know you would find hilarious – but prudence prohibits disclosure.

The private prosecutor has no objection.

Thank you for you consideration of this matter.

Sincerely,

Ronald L. Kuby