# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

June 1, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York
VIA ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP)

Dear Judge Preska:

I write to request a brief time-enlargement, from June 3, 2021 up to and including June 8, 2021. Our post-trial period became replete with urgent matters that needed to be addressed immediately, as well as a personal matter that I know you would find hilarious – but prudence prohibits disclosure.

The private prosecutor has no objection.

Thank you for you consideration of this matter.

Sincerely,

Ronald L. Kuby

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/2/21