UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br>                Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Garbus' letter dated June 3, 2021 (dkt. no. 324 in 19-CR-561) seeking, yet again, the Court's recusal and dismissal of the charges against Mr. Donziger.

    The Special Prosecutor may respond, if she is so advised, no later than June 18.  If the Special Prosecutor responds, Mr. Garbus may reply no later than June 25.

**SO ORDERED.**

Dated:   June 3, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge