

Martin Garbus, Esq.
590 Madison Ave., 6th Floor
New York, NY 10022
(347) 589-8513
mgarbus@offitkurman.com

June 23, 2021

**VIA ECF**

Honorable Loretta Preska
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    RE:    *Chevron v. Donziger*, Case No. 19 Cr. 561 (LAP)

Dear Judge Preska:

    I have your recent order requesting a briefing schedule. Dkt. 331.

    It must be apparent to you by now that this prosecution is unconstitutional, that you must recuse yourself, and that Mr. Donziger should be immediately released.

    I will contact Ms. Glavin and ask her to immediately consent to Mr. Donziger's release. She is a sophisticated lawyer and can read the cases.

    I will work out a schedule with her if you do not dismiss the case and release Mr. Donziger now.

    We request a hearing on the motion. We are prepared to call witnesses and introduce the proof you have previously refused to consider.

    Respectfully,

    /s
    Martin Garbus, Esq.
    OFFIT | KURMAN
    590 Madison Ave., 6th Floor
    New York, NY 10022
    Tel. 347.589.8513
    mgarbus@offitkurman.com
    *Counsel for defendant*