# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

June 24, 2021

<u>VIA ECF</u>

Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Donziger</u>, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

I represent the United States and write in response to the Court's June 23, 2021 order directing counsel to "confer and inform the Court by letter of a proposed briefing schedule on Mr. Donziger's motion to dismiss based on the Supreme Court's decision in <u>United States v. Arthrex, Inc.</u> (<u>See</u> dkt. no. 330.)" Dkt. 331.

We have conferred and the parties propose the following briefing schedule: the Special Prosecutor's response to the motion filed by Friday, July 9, 2021, and the defense's reply filed by Monday, July 19, 2021.

```
The briefing schedule proposed above
is approved.

SO ORDERED.

Dated:    June 24, 2021
          New York, New York

  /s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.
```

Respectfully submitted,

_____/s/_____
Rita M. Glavin

*Special Prosecutor on behalf
of the United States*