# EXHIBIT A-1

**From:** Rita Glavin <rglavin@glavinpllc.com>
**Sent:** Thursday, June 3, 2021 2:58 PM
**To:** Lynch, Timothy
**Cc:** Garbus, Martin
**Subject:** Fwd: US v. Donziger: Mr. Garbus's 6.3.21 letter

Mr. Lynch,

As managing partner of Offit Kurman, I bring to your attention: (1) the attached letter filed by your colleague Martin Garbus today in U.S. v. Donziger, 19 Cr. 561, S.D.N.Y.; and (2) the below email correspondence with Mr. Garbus.

Respectfully,
Rita Glavin


Rita M. Glavin
Glavin PLLC

2585 Broadway #211

New York, NY 10025

tel: (646) 693-5505

rglavin@glavinpllc.com

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Glavin PLLC by return e-mail and destroy the original message and all copies thereof.

---

**From:** Rita Glavin <rglavin@glavinpllc.com>
**Sent:** Thursday, June 3, 2021 2:51:03 PM
**To:** Garbus, Martin <mgarbus@offitkurman.com>
**Cc:** Ron Kuby (ronaldlkuby@gmail.com) <ronaldlkuby@gmail.com>; rhiyatrivedi@gmail.com <rhiyatrivedi@gmail.com>; Brian Maloney - Seward & Kissel LLP (maloney@sewkis.com) <maloney@sewkis.com>; Sareen Armani <sarmani@glavinpllc.com>
**Subject:** Re: US v. Donziger: Mr. Garbus's 6.3.21 letter

Mr. Garbus,

You are an officer of the court, and you have an obligation to do due diligence on the accuracy of any assertions you make in court filings. It is not my responsibility to point out the false statements in your submission. I urge you to review your filing, and source every statement that you made.

I intend to submit my email correspondence with you, and your June 3, 2021 letter to the managing partner of your firm.

Respectfully,
Rita Glavin


Rita M. Glavin
Glavin PLLC

2585 Broadway #211

New York, NY 10025

tel: (646) 693-5505

rglavin@glavinpllc.com

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Glavin PLLC by return e-mail and destroy the original message and all copies thereof.

---

**From:** Garbus, Martin <mgarbus@offitkurman.com>
**Sent:** Thursday, June 3, 2021 2:36:10 PM
**To:** Rita Glavin <rglavin@glavinpllc.com>
**Subject:** Re: US v. Donziger: Mr. Garbus's 6.3.21 letter


Dear Ms Glavin

I apologize for any inaccuracy .

If you will advise me of it, I will correct whatever was wrongly said

 Respectfully

Martin Garbus



| | |
|---|---|
| **Martin Garbus** <br> Principal <br> D  347.589.8513 <br> mgarbus@offitkurman.com <br>  | 590 Madison Ave. <br> 6th Floor <br> New York, NY  10022 <br> T  212.545.1900 <br> F  212.545.1656 <br> offitkurman.com <br>  |



On Jun 3, 2021, at 1:59 PM, Rita Glavin <rglavin@glavinpllc.com> wrote:


Mr. Garbus,

Your June 3, 2021 letter filed on the docket (attached) contains inaccurate information and personal attacks.  I feel compelled to remind you of Rule 3.3 and Rule 4.1 of the New York Rules of Professional Conduct.

Rule 3.3(a)(1) provides in pertinent part:  "A lawyer shall not knowingly . . .make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer."

Rule 3.3(f)(2)  provides: "In appearing as a lawyer before a tribunal, a lawyer shall not. . .engage in undignified or discourteous conduct."

Rule 4.1 provides: "In the course of representing a client, a lawyer shall not knowingly make a false statement of fact or law to a third person."

Respectfully,
Rita Glavin

Rita M. Glavin

Glavin PLLC

2585 Broadway #211

New York, NY 10025

tel: (646) 693-5505

rglavin@glavinpllc.com

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Glavin PLLC by return e-mail and destroy the original message and all copies thereof.

<ECF 324 (6.3.21 Garbus recusal rqst).pdf>

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.