UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>     ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Garbus's letter dated July 6, 2021, apparently making yet another bail application on Mr. Donziger's behalf.  (See dkt. no. 336.)  Mr. Garbus shall inform the Court by letter which of the 18 U.S.C. § 3142 factors have changed since the Court's previous bail rulings, which have been twice affirmed by the Court of Appeals.  (See dkt. nos. 61, 307.)

**SO ORDERED.**

Dated:    July 7, 2021
             New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge