UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                  Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Garbus's letter dated July 15, 2021 regarding a briefing schedule for Mr. Donziger's bail application.  (See dkt. no. 341.)  The Special Prosecutors may respond to the application [dkt. nos. 336, 339] by July 23, 2021.  Mr. Donziger shall inform the Court if he will reply and, if so, when.

**SO ORDERED.**

Dated:    July 15, 2021
            New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge