UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

                    Defendant.

No. 19-CR-561 (LAP)

No. 11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court requests that the Clerk of the Court close the

following motions:

- Docket number 189, which was rendered moot by the
  order entered at docket number 191.

- Docket number 192, which was resolved by the order
  entered at docket number 196.

- Docket number 194, which was resolved by the order
  entered at docket number 203.

- Docket number 216, which was directed to Judge
  Kaplan (not the undersigned).  Judge Kaplan
  addressed that motion in an order at docket number
  2590 in 11-CV-691.

- Docket number 246, which was addressed in the order
  entered at docket number 297.

- Docket number 251, which was resolved by the order
  entered at docket number 254.

- Docket number 252, which was resolved by the order
  entered at docket number 257.

1

- Docket number 283, which was resolved by the order entered at docket number 257.

- Docket number 302, which was resolved on the record at trial.  (See dkt. no. 319 at 858:21-859:5.)

**SO ORDERED.**

Dated:     July 26, 2021
           New York, New York

LORETTA A. PRESKA
Senior United States District Judge