# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

July 26, 2021

BY ECF
The Hon. Loretta Preska
District Court Judge
Federal District Court for the Southern District of New York
500 Pearl Street
New York, NY

Re: Request for Extension of Time to File Scheduling Letter in *USA v. Donziger*

Dear Judge Preska,

The defense writes to respectfully request a short extension of time to file a briefing schedule with respect to sentencing in the above captioned case.

Mr. Kuby is currently out of the country, among the islands of Tahiti, and will not be back within the three business days specified in Your Honor's order.

As such, the defense requests permission to file the requested briefing schedule by Monday, August 2nd. I have spoken to Ms. Glavin, who has no objection.

Respectfully submitted,

Rhidaya "Rhiya" Trivedi
*Attorney for Steven Donziger*

```
The extension requested above is
GRANTED.

SO ORDERED.

Dated:    July 27, 2021
          New York, New York
```

*[signature]*
LORETTA A. PRESKA, U.S.D.J.