# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

August 6, 2021

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Donziger, 19 Cr. 561 (LAP); [11 Civ. 691 (LAK)]

Dear Judge Preska:

I represent the United States and write in response to the Court's August 4, 2021 order directing counsel to "confer and propose, by letter, a prompt briefing schedule for Mr. Donziger's recently-filed motion for a new trial." Dkt. 352 at 2.

We have conferred and the parties propose the following briefing schedule: the Special Prosecutors' response to the motion filed by Wednesday, August 11, and the defense's reply filed by Saturday, August 21.

Respectfully submitted,

_____/s/_____
Rita M. Glavin

*Special Prosecutor on behalf
of the United States*

The briefing schedule proposed above is approved.

**SO ORDERED.**

Dated:   August 9, 2021
         New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.