UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>STEVEN DONZIGER,<br><br>                    Defendant. | No. 19-CR-561 (LAP)<br><br>No. 11-CV-691 (LAK)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In a Memorandum & Order dated August 23, 2021, the Court reminded Mr. Donziger that any sentencing submissions on his behalf were to be submitted by September 13, 2021.  (See dkt. no. 362.)  In doing so, the Court inadvertently overlooked a recent extension granted to the parties.  (See dkt. no. 360.)  Accordingly, consistent with its previous order, Mr. Donziger is reminded that any sentencing submissions on his behalf shall be filed no later than September 21, 2021.

**SO ORDERED.**

Dated:    August 23, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1