# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

September 15, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

To a hammer, everything looks like a nail. And to a prosecutor, a defendant's history and character are reduced solely to the conduct that resulted in his conviction. Indeed, in the Prosecution's Sentencing Memorandum, Mr. Donziger's life receives scant attention outside of this criminal case.

Filed herewith are three letters from distinguished and accomplished members of the bar, who have known Steven Donziger for a combined eighty-years. They shed light on his integrity, courage, and intense desire to make the world better.

Because these letters are coming in daily, and because time is short, I will be submitting them to the Court on a regular basis. Our Sentencing Memorandum will incorporate them by reference.

Sincerelty,

Ronald L. Kuby

Exhibit A: Jochnick Letter
Exhibit B: Small Letter
Exhibit C: Whitson letter