# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

September 16, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

Submitted herewith are four letters in support of Mr. Donziger. All of the authors have known and worked with Mr. Donziger for fifteen to thirty years. The authors include Suzana Sawyer, a Professor of Anthropology at UCLA, Davis; Jennifer R. Wynn, a criminologist and tenured professor at John Jay College; Nils Henning, the Director of the Graduate Program in Public Health at Mount Sinai; Rob Moodie, a Professor of Public Health at Melbourne School of Population and Global Health. These letters highlight Mr. Donziger's less well-known work (or at least, less publicized) dealing with public health issues in Iraq and Ecuador, and his re-entry work at Riker's Island. They depict a man of deep and life-long dedication to justice and volunteerism when out of the spotlight as well as within it.

Sincerely,

Ronald L. Kuby

Exhibit D: Sawyer Letter
Exhibit E: Wynn Letter
Exhibit F: Henning Letter
Exhibit G: Moodie Letter