## LAW OFFICE OF RONALD L. KUBY
ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

September 17, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
Via ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

Submitted herewith are five letters in support of Mr. Donziger, all from distinguished attorneys who, together, share over 150 years of service to their respective courts.  Most of the authors have known and worked with Mr. Donziger for some three decades.

Mr. Jason Adkins writes primarily of the successful campaign led by Mr. Donziger, while at Harvard Law School, to force law schools to require pro bono contributions to the poor and disadvantaged. Mr. Adkins credits Mr. Donziger with helping to ensure that the poor and dispossessed obtain over 100,000 hours of pro bono work annually.  Mr. Frank M. "Rusty" Connor, a partner at Covington & Burling and the Chairperson of the Board of Trustees at the University of Virginia (and a practitioner with over forty-years experience in BigLaw), writes of Mr. Donziger's dedication, perseverance, kindness and integrity.  Mr. Scott Markowitz, who has a passing acquaintance with this Court in the course of his thirty-two year career, writes of Mr. Donziger's longtime dedication to civil rights causes, in addition to his strength and commitment.  John Keker, one of the foremost trial lawyers in America with over a half-century of practice, writes about what it was like to defend Mr. Donziger against Chevron's "scorched earth" litigation strategy. He notes that Chevron had 100 lawyers from Gibson Dunn, plus lawyers from over

60 other law firms, who filed 10,000 pages of pleadings per month. His recollection of Judge Kaplan: "The trial judge, Judge Kaplan, was biased against Steven even from the start, and entered rulings against him making it effectively impossible for him to defend himself. In my 50 years of trial work I have never seen such an effort to crush an individual's career, finances, reputation and soul." Finally, Craig Smyser, an attorney who worked with Mr. Donziger in Ecuador, noted that Steven's fund-raising efforts made it possible to bring the plight of their clients to the attention of the larger world. All of these prominent attorneys praise Steven's fundamental integrity and professionalism.

Sincerely,

Ronald L. Kuby

Exhibit H:  Adkins Letter
Exhibit I:   Connor Letter
Exhibit J:  Markowitz Letter
Exhibit K:  Keker Letter
Exhibit L:  Smysey Letter