# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23ᴿᴰ STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA 1952-2012

September 20, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

Submitted herewith are an additional five letters in support of Mr. Donziger:

John R. Cuti, a lawyer of more than thirty years, writes as a long-time friend of Steven and talks about his quality as a friend, his integrity, as well as his commitment to service. He writes, "Steve is as committed and passionate an advocate for the oppressed, abused, and disadvantaged as any lawyer I know."

Natali Segovia, the Legal Director of the Water Protector Legal Collective, one of the leading indigenous-led law societies in the United States, reminds the Court that its decision will have "a very real effect on Indigenous peoples and frontline attorneys….". She also said, "Mr Donziger has shown unwavering heart and commitment to the communities he has worked with for decades in the face of seemingly insurmountable odds."

Else Stamatopoulou, now director of the Indigenous Peoples' Rights Program at the Institute for the Study of Human Rights at Columbia University, was a United Nations official for 31 years, working with Indigenous peoples since 1981.  She writes at length about the dangers faced by Steven and all those fighting for indigenous rights around the world who are under constant threat of criminalization and worse.

Terrence P. Collingsworth, a lawyer for almost four decades, himself has fought multi-national corporations engaged in child-slave trafficking and other abuses.  He proudly counts Mr. Donziger as a member of that "small group of lawyers" who have dedicated their lives to this work. He writes, "In addition to serving as lead lawyer in the complex litigation against Chevron, Steven brought this reality to the world and raised awareness globally of what happened to the Indigenous peoples of Ecuador."

Finally, Louis Dematteis, a well-known journalist and photographer for Reuters and other news outlets, has known Mr. Donziger since 1985 when they both reported from Nicaragua.  He writes of Mr. Donziger's dedication to finding the truth and courage when reporting as a journalist from an active war zone.

Sincerely,

Ronald L. Kuby

Exhibit M:  Cuti Letter
Exhibit N:  Segovia Letter
Exhibit O:  Stamatopoulou  Letter
Exhibit P:  Collingsworth Letter
Exhibit Q:  Dematteis Letter