# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

September 27, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
Via ECF

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

As you are aware, Mr. Donziger's case has drawn extraordinary public attention.  Indeed, the page-turner you authored on the case remains at the number 6 spot on the *Rulings of Special Interest SDNY* page, after 9 weeks on the charts! Accordingly, we are anticipating a huge crowd for the final show this Friday.

We would appreciate it, Covid-circumstances permitting, for the sentencing to take place into the largest courtroom available, with an overflow room, to accommodate those who wish to attend in person.

Thank you for your attention to this matter.  Looking forward to getting the band back together soon!

Sincerely,

Ronald L. Kuby