Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/2021

Caption:
United States of America

v.

Steven R. Donziger

Docket No.: 19-cr-561, 11-civ-691
Loretta Preska/Lewis D Kaplan
(District Court Judge)

Notice is hereby given that __Steven R. Donziger__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)

entered in this action on __October 1, 2021__.
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✔   Other ☐

Defendant found guilty by plea ☐   trial ✔   N/A ☐

Offense occurred after November 1, 1987? Yes ✔   No ☐   N/A ☐

Date of sentence: __6 months, $10__   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ✔   N/A ☐

Appellant is represented by counsel? Yes ✔   No ☐   If yes, provide the following information:

Defendant's Counsel: William W. Taylor, III

Counsel's Address: Zuckerman Spaeder LLP
1800 M Street, N.W., Washington, D.C. 20036

Counsel's Phone: 202-778-1800

Assistant U.S. Attorney: Rita M. Glavin, Special Prosecutor

AUSA's Address: Glavin PLLC
2585 Broadway #211, New York, NY 10025

AUSA's Phone: 646-639-5505

_Signature_

# 4654012869947   10/4/2021   $505.00 BW



Court Name: District Court
Division: 1
Receipt Number: 465401286947
Cashier ID: Bwillias
Transaction Date: 10/04/2021
Payer Name: RONALD L KUBY

NOTICE OF APPEAL/DOCKETING FEE
 For: STEVEN DONZIGER
 Amount:         $505.00

CHECK
 Check/Money Order Num: 14660
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

19CR561