UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

STEVEN DONZIGER,

                Defendant.

No. 19-CR-561 (LAP)

No. 11-CV-691 (LAK)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    At sentencing, the Court denied Mr. Donziger's application for bail pending appeal but stayed his surrender on the condition that he seek relief from the Court of Appeals within one week.  The docket sheet indicates that he has done so.

    If the Court of Appeals grants a stay, the terms thereof shall control.  However, if the Court of Appeals denies a stay, Mr. Donziger shall surrender to the United States Marshal at 500 Pearl Street, 4th floor, no later than 24 hours after the Court of Appeals' order is docketed.

**SO ORDERED.**

Dated:    October 12, 2021
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge