# LAW OFFICE OF RONALD L. KUBY

Attorneys at Law
119 West 23ʀᴅ Street, Suite 900
New York, New York 10011

Telephone: (212) 529-0223
Fax: (212) 529-0644
www.kubylaw.com

Ronald L. Kuby
Rhiya Trivedi

Of Counsel
George Wachtel
Leah Busby

Staff
Susan Bailey

Process Server
Luis R. Ayala 1952-2012

October 27, 2021

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re: United States v. Donziger, No. 19-cr-561 (LAP), 11-civ-691 (LAK)

Dear Judge Preska:

    I write to inform the Court that, consistent with the surrender time and date of this Court's last Order, Mr. Donziger is now in Bureau of Prisons custody at Danbury, F.C.I.; his institution of designation. The Court, no doubt, can confirm his arrival. Gosh, I guess he wasn't a flight risk after all.

Sincerely,

Ronald L. Kuby

Attachment

1

