# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

May 16, 2022

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY
Via ECF

Re: <u>United States v. Donziger, 19 Cr. 561 (LAP)</u>

Dear Judge Preska:

Gosh. It is hard to believe that tomorrow will mark a full year since our trial ended in the above-entitled matter. *Fugit inreparabile tempus.* I trust that you are well.

It seems that after the legal hurlyburly, from sentencing until the flight-risk Donziger drove himself to *chez* FCI-Danbury three weeks later, we neglected to request an Order exonerating his bail. Please consider this letter-motion a formal request for the same.

Sincerely,

Ronald L. Kuby